**FILED
CLERK**

1:10 pm, Mar 06, 2019

**U.S. DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
LONG ISLAND OFFICE**

**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK**

Juan R. Henriquez, Jr., individually and on behalf of all those similarly situated,

                Plaintiff,

                -against-

Relin, Goldstein & Crane, LLP,

                Defendant.

Docket No: 2:18-cv-03965-JMA-SIL

**STIPULATION OF VOLUNTARY DISMISSAL
PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)**

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties and/or their respective counsel(s) that, whereas no party in this action is an infant or incompetent, the above-captioned action is voluntarily dismissed with prejudice pursuant to the Federal Rules of Civil Procedure 41(a)(1)(A)(ii) with each party to bear its respective attorney's fees and costs.

Dated: February 11, 2019

| **ROPERS MAJESKI KOHN & BENTLEY PC** | **BARSHAY SANDERS, PLLC** |
|---|---|
| By:   /s Christopher Hitchcock<br>Christopher Hitchcock, Esq.<br>750 Third Avenue<br>New York, New York 10017<br>Tel: (212) 668-5927<br>*Attorneys for Defendant* | By:   /s Jonathan Cader<br>Jonathan Cader, Esq.<br>100 Garden City Plaza, Suite 500<br>Garden City, New York 11530<br>Tel. (516) 203-7600<br>Email: *ConsumerRights@BarshaySanders.com*<br>Our File No: 115218<br>*Attorneys for Plaintiff* |

        Case closed.
        SO ORDERED.
        /s/ JMA, USDJ
        3/6/2019